TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
DIAMOND ZAMBRANO
Arizona State Bar No. 036390
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.Owen@usdoj.gov
Email: Diamond.Zambrano@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 3 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-01086-PHX-KML (MTM) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| v. | VIO: 18 U.S.C. § 111(a)<br>(Assaulting, Resisting, and Impeding a Federal Officer – Physical Contact)<br>Counts 1-6 |
| 1. Santos Mendivil Contreras, Jr., and, (Counts 1, 2, 3, 7, 8, and 9) | 18 U.S.C. §§ 111(a) and (b)<br>(Assaulting, Resisting, and Impeding a Federal Officer – Bodily Injury)<br>Count 7 |
| 2. Emanuel Mendivil Cervantes. (Counts 4, 5, and 6) | |
| Defendants. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Counts 8 and 9 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about July 21 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations Special Agent (SA) J.B., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA J.B. was engaged in and on account of the performance of his official

duties, and Defendant SANTOS MENDIVIL CONTRERAS, JR. did so by making physical contact, to wit: grabbing his firearm.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 2

On or about July 21, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA J.B., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA J.B. was engaged in and on account of the performance of his official duties, and Defendant SANTOS MENDIVIL CONTRERAS, JR. did so by making physical contact, to wit: actively fighting and striking SA J.B.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 3

On or about July 21, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA R.K., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA R.K. was engaged in and on account of the performance of his official duties, and Defendant SANTOS MENDIVIL CONTRERAS, JR. did so by making physical contact, to wit: actively fighting and striking SA R.K.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 4

On or about July 21, 2025, in the District of Arizona, Defendant EMANUEL MENDIVIL CERVANTES did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA R.K., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA R.K. was engaged in and on account of the performance of his official duties, and

Defendant EMANUEL MENDIVIL CERVANTES did so by making physical contact, to wit: pushing and kicking.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 5

On or about July 21, 2025, in the District of Arizona, Defendant EMANUEL MENDIVIL CERVANTES did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA R.R., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA R.R was engaged in and on account of the performance of his official duties, and Defendant EMANUEL MENDIVIL CERVANTES did so by making physical contact, to wit: kicking.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 6

On or about July 21, 2025, in the District of Arizona, Defendant EMANUEL MENDIVIL CERVANTES did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA C.H., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA C.H. was engaged in and on account of the performance of his official duties, and Defendant EMANUEL MENDIVIL CERVANTES did so by making physical contact, to wit: kicking.

All in violation of Title 18, United States Code, Section 111(a).

### COUNT 7

On or about July 21, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Homeland Security Investigations SA J.B., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA J.B. was engaged in and on account of the performance of his official duties, and

Defendant SANTOS MENDIVIL CONTRERAS, JR. did so resulting in Bodily Injury, to wit: biting the back of SA J.B.'s knee breaking the skin.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

### COUNT 8

On or about April 9, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. knowingly made false statements and representations, which were intended and likely to deceive, to Glockmeister, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, and those false statements and representations were made as to a fact material to the lawfulness of a sale of a firearm by the business and with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Glockmeister, in that Defendant SANTOS MENDIVIL CONTRERAS, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was (1) not illegally or unlawfully in the United States and (2) is not an alien who has been admitted to the United States under a non-immigrant visa, whereas in truth and fact, Defendant SANTOS MENDIVIL CONTRERAS, JR. knew that he was unlawfully and illegally present in the United States and had previously been admitted to the United Sates under a non-immigrant visa (to wit: B2 visa).

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 9

On or about April 14, 2025, in the District of Arizona, Defendant SANTOS MENDIVIL CONTRERAS, JR. knowingly made false statements and representations, which were intended and likely to deceive, to Pawn 1st, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, and those false statements and representations were made as to a fact material to the lawfulness of a sale of a firearm by the business and with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn 1st, in that Defendant SANTOS MENDIVIL CONTRERAS, JR. did execute a Department of Justice, Bureau of

Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was (1) not illegally or unlawfully in the United States and (2) is not an alien who has been admitted to the United States under a non-immigrant visa, whereas in truth and fact, Defendant SANTOS MENDIVIL CONTRERAS, JR. knew that he was unlawfully and illegally present in the United States and had previously been admitted to the United Sates under a non-immigrant visa (to wit: B2 visa).

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 30, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
ADDISON OWEN
DIAMOND ZAMBRANO
Assistant U.S. Attorneys